# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER, | CASE NO. 1:10-cv-01050-AWI-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| COUNTY OF FRESNO, et al., | |
| Defendants. | (Doc. 2) |

By a motion filed June 10, 2010, Plaintiff Michael Tater-Alexander seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:   June 16, 2010                         /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE