# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER, | CASE NO. 1:10-cv-01050-AWI-SMS |
| Plaintiff, | APPEAL NO. 11-15659 |
| v. | ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS |
| COUNTY OF FRESNO, et al., | |
| Defendants. | (Doc. 14) |

By notice entered March 30, 2011, the U.S. Court of Appeals for the Ninth Circuit referred this matter to the District Court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where the District Court finds the appeal to be frivolous).

Permitting litigants to proceed *in forma pauperis* is a privilege, not a right. *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984); *Williams v. Field*, 394 F.2d 329, 332 (9th Cir.), *cert. denied*, 393 U.S. 891 (1968); *Williams v. Marshall*, 795 F.Supp. 978, 978-79 (N.D. Cal. 1992). A federal court may dismiss a claim filed *in forma pauperis* prior to service if it is satisfied that

the action is frivolous or malicious. 28 U.S.C. § 1915(d); *see Sully v. Lungren*, 842 F.Supp. 1230, 1231 (N.D. Cal. 1994). If a plaintiff with *in forma pauperis* status brings a case without arguable substance in law and fact, the court may declare the case frivolous. *Franklin*, 745 F.2d at 1227. By its Order Adopting Findings and Recommendations Recommending Denial of Motion to Amend and Dismissal for Failure to State a Claim (Doc. 11), this Court dismissed Plaintiff's complaint for failure to state a claim upon which relief could be granted.

Accordingly, it is hereby ORDERED that

1. This matter is declared frivolous;

2. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in Appeal No. 11-15659, filed March 14, 2011;

3. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this Order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed *in form pauperis* for this appeal; and

4. The Clerk of Court is directed to serve a copy of this Order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   March 31, 2011

CHIEF UNITED STATES DISTRICT JUDGE